IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE MENTOR CORP. OBTAPE  *
                                                   MDL Docket No. 2004
TRANSOBTURATOR SLING PRODUCTS  *  4:08-MD-2004 (CDL)

LIABILITY LITIGATION  *

O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's motion to place certain cases in Phase V of this multidistrict litigation proceeding (ECF No. 863). Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V. Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710. The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

| | | | |
|---|---|---|---|
| 4:12-cv-00012 | Castillo    | 4:13-cv-00215 | Bullen |
| 4:12-cv-00014 | Brown       | 4:13-cv-00229 | Burke |
| 4:12-cv-00015 | Anglin      | 4:13-cv-00247 | Jackson |
| 4:12-cv-00016 | Hostettler  | 4:13-cv-00265 | Mock |
| 4:12-cv-00017 | Roberson    | 4:13-cv-00303 | Padilla |
| 4:12-cv-00018 | Renner      | 4:13-cv-00329 | Martinez |
| 4:12-cv-00019 | Wabsis      | 4:13-cv-00330 | Martinez |
| 4:12-cv-00054 | Urbach      | 4:13-cv-00353 | Harmen |
| 4:12-cv-00103 | Steele      | 4:13-cv-00355 | Cox |
| 4:12-cv-00193 | Augustine   | 4:13-cv-00356 | Bottjer |
| 4:12-cv-00315 | Covington   | 4:13-cv-00358 | Zabinsky |
| 4:13-cv-00034 | Bedee       | 4:13-cv-00368 | Ross |
| 4:13-cv-00046 | Champion    | 4:13-cv-00378 | Barnes-Miller |
| 4:13-cv-00144 | Fudge       | 4:13-cv-00388 | Austin |
| 4:13-cv-00192 | Davis       | 4:13-cv-00396 | Arone |
| 4:13-cv-00201 | Brandt      | 4:13-cv-00397 | Zonak |
| 4:13-cv-00202 | Cook        | 4:13-cv-00414 | Mattingly |
| 4:13-cv-00203 | Reid        | 4:13-cv-00419 | Mitchell |
| 4:13-cv-00204 | Weissert    | 4:13-cv-00425 | Reyna |
| 4:13-cv-00208 | Anderson    | 4:13-cv-00429 | Kuklies |

| | |
|---|---|
| 4:13-cv-00432 Miranda | 4:14-cv-00156 Kettle |
| 4:13-cv-00433 Williams | 4:14-cv-00165 Geist |
| 4:13-cv-00441 Haugen | 4:14-cv-00168 Golden |
| 4:13-cv-00462 Stroligo | 4:14-cv-00169 Marischeil |
| 4:13-cv-00465 Ohrt | 4:14-cv-00170 Green |
| 4:13-cv-00505 Ocasio | 4:14-cv-00171 Jenkins |
| 4:14-cv-00012 Evans | 4:14-cv-00172 Prano |
| 4:14-cv-00013 Thrower | 4:14-cv-00173 Stanford |
| 4:14-cv-00014 Edwards | 4:14-cv-00185 LaRoche |
| 4:14-cv-00017 McKnight | 4:14-cv-00186 Krummel-McCracken |
| 4:14-cv-00031 Belcher | |
| 4:14-cv-00053 Lewis | 4:14-cv-00199 McMath |
| 4:14-cv-00054 Dacey | 4:14-cv-00200 Willis |
| 4:14-cv-00073 Bender | 4:14-cv-00201 Yandle |
| 4:14-cv-00088 Wright | 4:14-cv-00202 Edelblute |
| 4:14-cv-00095 McKee | 4:14-cv-00212 Harmon |
| 4:14-cv-00114 Mancil | 4:14-cv-00213 Tule |
| 4:14-cv-00118 Sides | 4:14-cv-00214 Ydrogo |
| 4:14-cv-00124 Daughtery | 4:14-cv-00215 Vogel |
| 4:14-cv-00150 Mero | 4:14-cv-00217 Hayes |
| 4:14-cv-00152 Douglas | 4:14-cv-00220 Garcia |
| 4:14-cv-00155 Kinsey | 4:14-cv-00233 Olvera |

IT IS SO ORDERED, this 15th day of September, 2014.

                          S/Clay D. Land
                          CLAY D. LAND
                UNITED STATES DISTRICT JUDGE